# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RAYMOND ARMSTRONG | : |
| Petitioner. | : |
| | : No. 18-4256 |
| v. | : |
| | : |
| LAWRENCE MAHALLAY, et al., | : |
| Respondents. | : |

## ORDER

AND NOW, this **21st day** of **October 2021,** upon careful and independent consideration of the petition for writ of habeas corpus and the parties' briefs and related filings, and after review of United States Magistrate Judge Richard A. Lloret's Report and Recommendation and Petitioner's objections to the Report and Recommendation,[1] it is ORDERED that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**.

2. The Petition for a Writ of Habeas Corpus is **DENIED** and **DISMISSED** without an evidentiary hearing; and

3. There is no basis for the issuance of a certificate of appealability.

   _S/Anita B. Brody_

   ANITA B. BRODY, J.

---

[1] Raymond Armstrong, a state prisoner incarcerated in the Dallas State Correctional Institute in Dallas, Pennsylvania, filed a pro se motion for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 on October 2, 2018. I referred this petition to United States Magistrate Judge Richard A. Lloret on January 2, 2019, in accordance with 28 U.S.C. § 636(b)(1)(B). On April 23, 2021, Judge Lloret filed a Report and Recommendation ("R&R"), recommending that I deny Mr. Armstrong's petition for a writ of habeas corpus. Petitioner filed his objections to the R&R on August 10, 2021. Respondents did not reply to those objections.